**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTIONS

Kuhn v. 1st Source Bank, No. 1:24-cv-10692
Harris v. Franklin Mint Federal Credit Union, No. 1:23-cv-12891
Smith v. Genworth Financial, Inc., No. 1:23-cv-12416
Baker v. Hartford Life and Accident Insurance Company, No. 1:23-cv-12870
In re Lumico Life Insurance MOVEit Data Security Incident Litigation, No. 1:23-cv-12899
Buzzell v. Maximus, Inc. et al., No. 1:23-cv-12441
Harding v. Maximus, Inc. et al., No. 1:23-cv-12443
Bivens, Allen v. MEMBERS Life Insurance Company, No. 1:23-cv-12427
Hale v. Milliman Solutions LLC, No. 1:23-cv-12492
Glabb v. Pension Benefits Information, LLC, No. 1:23-cv-12511
Collins v. Pension Benefit Information, LLC et al., No. 1:23-cv-12488
Smith v. Pension Benefit Information, LLC et al., No. 1:23-cv-12489
Ellis et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12506
Berry v. Progress Software Corporation, No. 1:23-cv-12343
Diggs et al. v. Progress Software Corporation, No. 1:23-cv-11370
Pipes v. Ipswitch, Inc. et al., No. 23-cv-11394
Tenner v. Progress, No. 1:23-cv-11412
Guillory-Caillier et al. v. Progress Software Corporation, No. 1:23-cv-11417
Meyer v. Progress Software Corporation, No. 1:23-cv-11543
Reese et al. v. Ipswitch, Inc. et al., No. 1:23-cv-11610
Moore et al. v. Progress Software Corporation, No. 1:23-cv-11669
Harris v. Progress Software Corporation, No. 1:23-cv-12486
Baker v. Progress Software Corporation, No. 1:23-cv-11777
Bailey v. Progress Software Corporation et al., No. 1:23-cv-12356
Harris v. Pension Benefit Information, LLC et al., No. 1:23-cv-12816
Feregrino et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12507
White et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12512
Mosqueda v. Progress Software Corporation et al., No. 1:23-cv-12440
Siflinger et al. v. Progress Software Corporation et al., No. 1:23-cv-11782
Valerie Taylor et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12477
Anastasio v. Progress Software Corporation et al., No. 1:23-cv-11442
Jentz v. Teachers Insurance and Annuity Association of America, No. 1:23-cv-12667
In re UnitedHealthcare Student Resources Data Security Litigation, No. 1:23-cv-13064
Benton-Hill v. The University of Rochester, No. 1:23-cv-12601
Pulignani v. Progress Software Corporation et al., No. 1:23-cv-12495
Truesdale v. Progress Software Corporation et al., No. 1:23-cv-12497
Doe v. Progress Software Corporation et al., No. 1:23-cv-12496
Williams v. Pension Benefit Information, LLC et al., No. 1:23-cv-12508

# ORDER OF DISMISSAL

Burroughs, D.J.

In accordance with the Court's Orders, MDL Order No. 19, dated December 12, 2024, and MDL Order No. 32, dated February 6, 2026, it is hereby ORDERED that the above-entitled actions be and hereby are DISMISSED without prejudice for lack of Article III standing.

By the Court,

4/22/2026 /s/ Caetlin McManus

Date Deputy Clerk